UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ROBERT VELIZ, )<br>)<br>Defendant. ) | Case No. 4:10CR286 HEA |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $3,750.00 to the surety of record.

Dated this 16th day of August, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

*********************************************************************
### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 12th day of August, 2011.

/s/ Cynthia Kornberger
Deputy Clerk